```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14593
   MARK EDWARD KALAHER
   TERESA ANN KALAHER                            CHAPTER 13

                                                JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-8380      SSN XXX-XX-2015

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/13/2007 and was confirmed 10/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

     The case was converted to chapter 7 after confirmation 12/18/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED         6166.01          .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED        18885.94          .00           .00
E LOAN BANK               SECURED VEHIC    15100.00       484.47       2220.35
CAPITAL ONE               UNSECURED        11024.92          .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED        17902.15          .00           .00
CITIMORTGAGE INC          CURRENT MORTG         .00          .00      33802.84
CITIMORTGAGE INC          MORTGAGE ARRE    14160.00          .00           .00
B-REAL LLC                UNSECURED        24707.00          .00           .00
COOK COUNTY CIRCUIT COUR  NOTICE ONLY      NOT FILED         .00           .00
MICHAEL D FINE            NOTICE ONLY      NOT FILED         .00           .00
B-REAL LLC                UNSECURED          978.86          .00           .00
B-REAL LLC                UNSECURED        17300.98          .00           .00
FIRST MIDWEST BANK        UNSECURED        NOT FILED         .00           .00
JOSEPH MANN & CREED       UNSECURED        NOT FILED         .00           .00
JOSEPH MANN & CREED       UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORP     UNSECURED         2105.90          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        11606.21          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        12677.60          .00           .00
ECAST SETTLEMENT CORP     UNSECURED        18020.81          .00           .00
ECAST SETTLEMENT CORP     UNSECURED        12024.29          .00           .00
SHORT TERM LOAN           UNSECURED          371.50          .00           .00
E LOAN BANK               UNSECURED           82.12          .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY      2,600.00                     504.67
TOM VAUGHN                TRUSTEE                                      2,914.45
DEBTOR REFUND             REFUND                                          .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  39,926.78


              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14593 MARK EDWARD KALAHER & TERESA ANN KALAHER
```

```
PRIORITY                                                              .00
SECURED                                                         36,023.19
    INTEREST                                                       484.47
UNSECURED                                                             .00
ADMINISTRATIVE                                                     504.67
TRUSTEE COMPENSATION                                             2,914.45
DEBTOR REFUND                                                         .00
                                        ---------------    ---------------
TOTALS                                        39,926.78          39,926.78
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/18/09                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE